UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | Violation Number(s): **OS51 4269901** |
| Plaintiff, | Case No.: **1:15-po-00011** |
| v. | Bowman, M.J. |
| WILLIAM L. BROWN, | |
| Defendant. | |

### ORDER

Upon motion of the United States (doc. 23) and for good cause shown, the Court hereby DISMISSES the violation pending against Defendant William L. Brown in the above matter.

**SO ORDERED**.

*Stephanie K Bowman*
Stephanie K. Bowman
United States Magistrate Judge